148 So.2d 659

**James H. MOODY**

v.

**STATE**

3 Div. 14

Supreme Court of Alabama.

Jan. 10, 1963.

James H. Moody, pro se.

MacDonald Gallion, Atty. Gen., for the State.

LIVINGSTON, Chief Justice.

Petition of James H. Moody for certiorari to the Court of Appeals to review and revise the judgment and decision in Moody v. State, 41 Ala.App. 695, 148 So.2d 659.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.

148 So.2d 659

**Ex parte James H. MOODY**

6 Div. 871

Supreme Court of Alabama.

Jan. 10, 1963.

James H. Moody, pro se.

MacDonald Gallion, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of James H. Moody for certiorari to the Court of Appeals in Ex parte Moody, 41 Ala.App. 695, 148 So.2d 659.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.

149 So.2d 841

**POULTRY AND EGG CO. et al.**

v.

**Thomas Olen SMITH.**

6 Div. 862.

Supreme Court of Alabama.

June 21, 1962.

Rehearing Denied Feb. 21, 1963.

Olin W. Zeanah, Tuscaloosa, for petitioner.

E. D. McDuffie and Norma Holcombe, Tuscaloosa, opposed.

LAWSON, Justice.

Petition of Poultry and Egg Company for certiorari to the Court of Appeals to review and revise the judgment and decision in Poultry and Egg Co. v. Smith, 149 So.2d 838.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.